UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE LEE MILLION,<br><br>    Plaintiff,<br><br>   v.<br><br>K. KOSTECKY, Appeals Examiner, et al.,<br><br>    Defendants. | Case No. C 14-2163 KAW (PR)<br><br>ORDER OF DISMISSAL |
| CHARLIE LEE MILLION,<br><br>    Plaintiff,<br><br>   v.<br><br>Y. FRIEDMAN, Rabbi, et al.,<br><br>    Defendants. | Case No. C 14-2424 KAW (PR)<br><br>ORDER OF DISMISSAL |

       Plaintiff, a state prisoner incarcerated at Salinas Valley State Prison ("SVSP") proceeding *pro se*, filed the above-captioned civil rights complaints pursuant to 42 U.S.C. § 1983. In each case he filed motions for leave to proceed *in forma pauperis* ("IFP") and for leave to file new litigation by a vexatious litigant pursuant to 28 U.S.C. § 1915(g). On June 30, 2014, the Court entered an Order in each case denying Plaintiff's motions to proceed IFP under 28 U.S.C. § 1915(g) and informing him that the cases would be dismissed if he did not pay the $400 filing fee within twenty-eight days from the date of the Order.

       More than twenty-eight days have passed and Plaintiff has not submitted the filing fee in either case or communicated with the Court in any manner. Therefore, these cases are dismissed

without prejudice.  The Clerk of the Court shall enter separate judgments and close the files.

**IT IS SO ORDERED.**

Dated: 8/21/14

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE